

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00210-CR

| | | |
|---|---|---|
| Althea Voynn Wilson | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1274107D) |
| v. | § | April 10, 2014 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
      Justice Bob McCoy